MEMORANDUM *
Petitioner Tania Casandra Bibiano Ramirez is a native and citizen of Mexico and legal permanent resident of the United States. Ramirez petitions for review of the Board óf Immigration Appeals’ (“BIA”) order denying her application for cancellation of removal and protection under the Convention Against Torture (“CAT”).
The BIA held her removable as a person convicted of an “aggravated felony” pursuant to 8 U.S.C. § 1227(a)(2)(A)(iii). The definition of “aggravated felony” includes “a crime of violence ... for which the term of imprisonment [is] at least one year,” 8 U.S.C. § 1101(a)(43)(F).
Ramirez was convicted of two counts of assault with a deadly weapon in violation of California Penal Code § 245(a)(1) and two counts of leaving the scene of an accident resulting in injury to a person in violation of California Vehicle Code § 20001(a). While driving a ear without a license, she repeatedly crashed into other cars and pedestrians, causing serious injuries. We have expressly held that assault *507 with a deadly weapon in violation of California Penal Code § 245(a)(1) is categorically a crime of violence as defined in 18 U.S.C. § 16(a). United States v. Grajeda, 581 F.3d 1186 (9th Cir.2009). Ramirez’s two-year prison sentence also satisfied the requirement for a term of imprisonment for at least one year. The BIA therefore properly determined that Ramirez was removable as charged under 8 U.S.C. § 1227(a)(2)(A)(iii) and ineligible for cancellation of removal because of her assault convictions.
Substantial evidence supports the BIA’s conclusion that Ramirez did not satisfy her burden of demonstrating that she would more likely than not be tortured upon return to Mexico.
The petition for review is DENIED.

 This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.